```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION

LOUIS CARTER                        §
                                    §
V.                                  §  CIVIL ACTION NO. 4:12-CV-808-Y
                                    §
CAROLYN W. COLVIN, ACTING           §
COMMISSIONER OF SOCIAL SECURITY     §
```

### ORDER ADOPTING MAGISTRATE JUDGE'S
### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On January 3, 2014, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court reverse and remand the decision of the commissioner of the Social Security Administration denying Plaintiff's claims for a period of disability and disability-insurance benefits under Title II of the Social Security Act. An order issued that same day gave all parties until January 17 to serve and file with the Court written objections to the findings. Neither party has filed objections.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with the findings.

SIGNED January 22, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj